UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Case No. 3: 06 CR 51

| | |
|---|---|
| UNITED STATES ) | |
| ) | |
| ) | **ORDER** |
| v. ) | |
| ) | |
| MICHAEL LAMPKIN, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER** is before the Court on Defendant's "Motion For Admission Pro Hac Vice" of Mr. William R. Terpening who recently joined the firm of Shumaker, Loop & Kendrick, LLP. The Defendant notes in his motion that Mr. Terpening will be assisting attorney Peter C. Anderson, also of Shumaker, Loop & Kendrick, who represents the Defendant in this matter. The Motion is hereby **GRANTED.**

Pursuant to Local Rule 83.1(B), counsel shall remit the required admission fee of $100.00 to the Clerk of Court for the Western District of North Carolina within twenty-one (21) days of this Order.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel.

**SO ORDERED.**

Signed: November 8, 2006

David C. Keesler
United States Magistrate Judge